UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN BARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-cv-652-TWP-TAB |
| | ) |
| Y MEDIA LABS, LLC | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Stephen Barker, and Defendant, Y Media Labs, LLC, by counsel, hereby stipulate and agree to dismissal of this cause of action with prejudice. The parties will bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/Andrew Dutkanych | /s/ John F. Hyland (with permission) |
| Andrew Dutkanych III | John F. Hyland |
| BIESECKER DUTKANYCH & MACER, LLC | RUKIN HYLAND & RIGGIN |
| 144 N Delaware Street | 201 Mission Street #1250 |
| Indianapolis, IN 46204 | San Francisco, CA 94105 |
| Telephone: 317-575-4013 | Telephone: (415) 421-1800 |
| Email: ad@bdlegal.com | Email: jhyland@rukinhyland.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Y Media Labs, LLC* |

Dated: May 25, 2021