UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
May 26, 2021

STEPHEN BARKER,

    Plaintiff,

v.

Y MEDIA LABS, LLC

    Defendant.

CAUSE NO: 1:21-cv-652-TWP-TAB

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Stephen Barker, and Defendant, Y Media Labs, LLC, by counsel, hereby stipulate and agree to dismissal of this cause of action with prejudice. The parties will bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/Andrew Dutkanych
Andrew Dutkanych III
BIESECKER DUTKANYCH &
MACER, LLC
144 N Delaware Street
Indianapolis, IN 46204
Telephone: 317-575-4013
Email: ad@bdlegal.com
*Attorney for Plaintiff*

/s/ John F. Hyland (with permission)
John F. Hyland
RUKIN HYLAND & RIGGIN
201 Mission Street #1250
San Francisco, CA 94105
Telephone: (415) 421-1800
Email: jhyland@rukinhyland.com
*Attorneys for Defendant, Y Media Labs, LLC*

Dated: May 25, 2021